IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No.: 5:17-cv-00581-FL

| | |
|---|---|
| MARCIA ELENA QUINTEROS HAWKINS, ALICIA FRANKLIN, VANESSA LACHOWSKI, and KYANNA SHIPP, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MANDY COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services, <br><br> Defendant. | **ORDER GRANTING JOINT NOTICE PLAN** |

For good cause shown, the Court hereby approves the parties' joint plan for providing notice to class members submitted on January 30, 2019.

This the 1st day of February, 2019.

_____
Honorable Louise W. Flanagan
United States District Judge