IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No.: 5:17-cv-00581-FL

| | |
|---|---|
| MARCIA ELENA QUINTEROS HAWKINS, ALICIA FRANKLIN, VANESSA LACHOWSKI, and KYANNA SHIPP, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>MANDY COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services,<br><br>   Defendant. | **ORDER GRANTING EXTENSION OF TIME** |

For good cause shown, the parties are granted an additional six months, or until October 31, 2019 to hold a Rule 26(f) discovery conference.

This the 16th day of April, 2019.

               Honorable Louise W. Flanagan
               United States District Judge