IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No.: 5:17-cv-00581-FL

| | |
|---|---|
| MARCIA ELENA QUINTEROS HAWKINS, ALICIA FRANKLIN, VANESSA LACHOWSKI, and KYANNA SHIPP, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, and <br><br> REINA GUZMAN, on behalf of herself, minor child E.L, and all others similarly situated, <br><br> Proposed Intervenor Plaintiff, <br><br> v. <br><br> MANDY COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services, <br><br> Defendant. | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS AND INTERVENE NAMED PLAINTIFFS** |

Pursuant to Federal Rules of Civil Procedure 23(d)(1)(B)(iii), 24(a)(2) and 24(b)(1)(B), Plaintiffs and Proposed Intervenor Plaintiff have moved the Court to dismiss two named plaintiffs and intervene one new named plaintiff. Defendant does not oppose this motion.

WHEREFORE, based upon good cause shown, IT IS HEREBY ORDERED THAT:

A. Marcia Elena Quinteros Hawkins is dismissed as a named Plaintiff and class representative.

B. Kyanna Shipp is dismissed as a named Plaintiff and class representative.

C. Class Member Reina Guzman is permitted to intervene as a named plaintiff in order

1

to provide a class representative for Class One. The proposed Intervenor Complaint shall be filed by plaintiffs on the docket within five (5) days and served electronically.

Dated: March 6th, 2020.

*/s/ Louise W. Flanagan*
Hon. Louise Flanagan
U.S. District Court Judge