UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:17-cv-00581-FL

| | |
|---|---|
| ALICIA FRANKLIN and REINA GUZMAN on behalf of herself and minor child E.L., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KODY KINSLEY, in his official capacity as Secretary of the North Carolina Department of Health and Human Services,<br><br>Defendant. | **JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, NOTICE TO CLASS MEMBERS, SCHEDULING OF FAIRNESS HEARING, AND FINAL APPROVAL OF SETTLEMENT AGREEMENT** |

NOW COME Plaintiffs, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Kody Kinsley, in his official capacity (collectively, "the Parties"), by and through undersigned counsel, and submit this joint motion, pursuant to Local Civil Rule 17.1 and Fed. R. Civ. P. 23(e), for Preliminary Approval of Settlement Agreement, Notice to Class Members, Scheduling of Fairness Hearing, and Final Approval of Settlement Agreement. In support of this motion, the Parties respectfully represent the following and respectfully refer the Court to the Supporting Memorandum of Law which is filed with this Motion:

1. The Parties have reached a Settlement Agreement in this case which is filed herewith. Also filed herewith are a Proposed Order Preliminarily Approving Settlement Agreement, Requiring Notice to Class Members, and Scheduling Fairness Hearing; Proposed

Notice to Class Members of Proposed Settlement and Publication Plan; and Proposed Order of Final Approval of Settlement Agreement.

2. The Proposed Settlement Agreement was reached through extensive, arms- length negotiations between counsel for Plaintiffs and counsel for defendant.

3. The Plaintiffs and Defendant have not engaged in collusive activity at any time.

4. The settling Plaintiffs have not used their class action claims for unfair personal aggrandizement and the proposed settlement is, in the opinion of Plaintiffs' counsel, in the best interests of the named Plaintiffs and the class. The lawsuit sought no damages for the named Plaintiffs, and no monetary recovery to the named Plaintiffs is provided by the Settlement Agreement.

5. The proposed Settlement Agreement is fair, reasonable, adequate, and furthers the public interest, in light of the alleged violations by Defendant of the due process clause of the United States Constitution and the federal Medicaid Act, and in light of the Defendant's denials of violations thereof.

6. The Proposed Settlement Agreement represents an effort by the parties to avoid further litigation of the issues in this case; it does not constitute an admission of wrongdoing or liability by Defendant.

7. Counsel represent to this Court that Counsel is able, experienced, and well-qualified to evaluate the fairness of the proposed Settlement Agreement and that Counsel are in favor of this Motion.

8. Because a class has been certified under Fed. R. Civ. P. 23(b)(2), reasonable notice to the class of the Proposed Settlement Agreement and a fairness hearing are required by Rule 23(e). A proposed Notice and a proposed publication plan are attached.

9. Each named Plaintiff and the director of the N.C. Medicaid program have executed the Proposed Settlement Agreement after being fully informed and advised by counsel regarding its terms.

WHEREFORE, the parties request the following:

1. That this Court determine as a preliminary matter that the Settlement appears fair, reasonable, and adequate;

2. That consistent with Fed. R. Civ. P. 23(e), this Court order Notice to Class members of the proposed Settlement Agreement in the manner shown in the attached Notice and Publication Plan;

3. That this Court set this matter for a fairness hearing on a date at least eight weeks after the date of preliminary approval of the Settlement Agreement;

4. That after conducting the hearing, this Court approve this Settlement Agreement pursuant to Fed. R. Civ. P. 23(e) and (h) and Local Civil Rule 17.1;

5. That this Court remove this matter from the active docket pending the implementation of the approved Settlement Agreement; and

6. That this Court, at the appropriate time, pursuant to the terms of the Settlement Agreement, enter the Proposed Order of Dismissal with Prejudice.

Respectfully submitted this the __ day of October, 2022.

ATTORNEYS FOR PLAINTIFFS

*/s/ Douglas S. Sea*_____
Douglas Stuart Sea
N.C. State Bar No. 9455
CHARLOTTE CENTER FOR LEGAL ADVOCACY
P.O. Box 25558
Charlotte, NC 28229

Telephone: (980) 202-7353
dougs@charlottelegaladvocacy.org
*/s/ Jane Perkins*
Jane Perkins
N.C. State Bar No. 9993
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin St, Ste. 110
Chapel Hill, NC 27514
Telephone: (984) 278-7661


ATTORNEYS FOR DEFENDANT

/s/ *Thomas J. Campbell*
Thomas J. Campbell
N.C. State Bar No. 43638
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6845
Facsimile: (919) 716-6758
Email: tcampbell@ncdoj.gov

/s/ *Rajeev K. Premakumar*
Rajeev K. Premakumar
N.C. State Bar No. 37739
Deputy General Counsel
N.C. Department of Health and Human Services
2001 Mail Service Center
Raleigh, NC 27699-2001
Telephone: (919) 855-4800
Mobile: (984) 800-1117 (primary)
Email: raj.premakumar@dhhs.nc.gov

4