IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No.: 5:17-cv-00581-FL

ALICIA FRANKLIN and REINA GUZMAN, on behalf of her self and minor child A.L., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CODY KINSLEY, in his official capacity as Secretary of the North Carolina Department of Health and Human Services,

    Defendant.

**ORDER GRANTING STAY OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION**

For good cause shown, the parties' joint motion to stay proceeding concerning Plaintiffs' January 9, 2024 Motion to Compel Production [DE 140] is granted. No further filings by the parties regarding that motion shall be due until 21 days after Plaintiffs' February 24, 2024 Motion to Enforce is decided or either party requests that the stay be lifted, whichever comes first.

This the 26th day of March, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge