IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No.: 5:17-cv-00581-FL

| | |
|---|---|
| ALICIA FRANKLIN and REINA GUZMAN, on behalf of herself and minor child A.L., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CODY KINSLEY, in his official capacity as Secretary of the North Carolina Department of Health and Human Services,<br><br>Defendant. | **ORDER GRANTING STAY AND EXTENSION OF TIME OF CASE MANAGEMENT AND DISCOVERY DEADLINES AND SECTION III.Q. MONITORING** |

For good cause shown, the parties' joint motion to stay all case management and discovery deadlines and monitoring under Section III.Q of the Settlement Agreement in order to pursue settlement is granted. The stay will remain in effect from the date of this Order to the date that either party files notice that the stay should end. Should this occur, all case management and discovery deadlines will be further extended by 60 days and Defendant will be required only to provide requested NCFAST and DSS files for the first two quarters of 2024 under Section III.Q until the Court rules on any motions filed after completion of discovery. The parties are DIRECTED to file, within 60 days of the date of this order, and every 60 days thereafter, a status report regarding whether a continued stay is warranted.

This the 24th day of September, 2024.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge

1